March 30, 1972

Cohen *v.* General Motors Corporation
(et al., Appellant).

Argued December 7, 1971. *Joel Paul Fishbein*, with him *Bennett, Bricklin & Saltzburg*, for defendant, appellant; *Paul N. Minkoff*, with him *Klovsky, Kuby and Harris*, for plaintiff, appellee; *George J. Lavin, Jr.*, and *Liebert, Harvey, Herting, Short & Lavin*, for defendant, appellee.

Order affirmed.